IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| WILLIAM FADUIE, ANDREW MUNGER, TOBY CLARKSON GARDNER, and KESTON LEWIS,<br><br>Plaintiffs,<br><br>v.<br><br>MATCO TOOLS CORPORATION,<br><br>Defendant. | Case No. 5:23-CV-00337<br><br>Judge David A. Ruiz |

**DEFENDANT MATCO TOOLS CORPORATION'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), defendant Matco Tools Corporation respectfully moves the Court to dismiss Plaintiffs' Consolidated Class Action Complaint for lack of standing and failure to state a claim upon which relief can be granted. The grounds for this Motion are set forth more fully in the attached memorandum in support.

Dated: August 18, 2023

Respectfully submitted,

*/s/ Lisa M. Ghannoum*
Lisa M. Ghannoum (80950)
Brittany N. Lockyer (97923)
**BAKER & HOSTETLER LLP**
127 Public Square, Suite 2000
Cleveland, OH 44114
Tel:  216.861.7872
Fax:  216.696.0740
Email:  lghannoum@bakerlaw.com
　　　　blockyer@bakerlaw.com

*Attorneys for Defendant*
*Matco Tools Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 18, 2023, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Lisa M. Ghannoum*
*Attorney for Defendant*
